FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ENRIQUE TRIGUEROS,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL ADAMS, Warden,<br><br>    Respondent. | No. CV 07-4335 ABC (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: __8/5/08__

_____
AUDREY B. COLLINS
United States District Judge