FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TRIGUEROS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DERRAL ADAMS, Warden, Corcoran CSATF,<br><br>　　　　Respondent. | No. CV 07-4335 BRO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 6.20.13

_____
BEVERLY REID O'CONNELL
United States District Judge