1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENRIQUE TRIGUEROS,

               Petitioner,

   v.

DERRAL ADAMS, Warden, Corcoran CSATF,

               Respondent.

No. CV 07-4335 BRO (FFM)

JUDGMENT

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: ___6.20.13___

BEVERLY REID O'CONNELL
United States District Judge